E-FILED: 04-20-2012

JS-6

1  PATRICK T. CONNOR, Bar No. 89136
   Email: pconnor@deconsel.com
2  GARRISON H. DAVIDSON, Bar No. 157426
   Email: gdavidson@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>SEBO DOOR LLC, a domestic limited liability company, doing business as SEBO DOOR; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-07837 PSG(SSx)<br><br>[~~PROPOSED~~] JUDGMENT |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, have judgment against defendants, SEBO DOOR LLC, a domestic limited liability

1 | company, doing business as SEBO DOOR, in the amount of $100,660.40, plus
2 | interest from July 31, 2011 through April 11, 2012 at the rate of 10%, accruing at
3 | the rate of $27.96 per day in the amount of $7,017.96, for a total of $107,678.36.

DATE: April 20, 2012

_____
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATE DISTRICT JUDGE


Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: _____
GARRISON H. DAVIDSON
Attorney for Plaintiffs, Carpenters
Southwest Administrative Corporation
and Board of Trustees for the Carpenters
Southwest Trusts

2

## PROOF OF SERVICE

[Case No. CV08-07837 PSG(SSx), Carpenters v. Sebo Door LLC]

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO, CONNOR & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On April 11, 2012, I served the foregoing document, described as, **[PROPOSED] JUDGMENT,** on:

| | |
|---|---|
| James T. Winkler, Esq. | Shelby Crawford |
| LITTLER MENDELSON | POLLARD MAVREDAKIS CRANERT |
| A Professional Corporation | CRAWFORD & STEVENS |
| 3960 Howard Hughes Parkway, Suite 300 | 800 East Colorado Blvd., Suite 300 |
| Las Vegas, Nevada 89169-5937 | Pasadena, California 91101 |

[ ]   (BY TELEFAX)  I caused to be transmitted by facsimile to the fax numbers set forth above a copy of the above document. The document was transmitted by facsimile transmittal and was reported as complete and without error.

[x]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at 533 S. Fremont Avenue, Los Angeles, California 90071-1706.

Executed on April 11, 2012, at Los Angeles, California.

[ ]   (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Esta Hamilton